1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   fzimmer@kslaw.com
2  CHERYL A. SABNIS (State Bar No. 224323)
   csabnis@kslaw.com
3  KING & SPALDING LLP
   101 Second Street, Suite 2300
4  San Francisco, CA  94105
   Telephone:  (415) 318-1200
5  Facsimile:  (415) 318-1300

6  Attorneys for Defendant
7  KCI USA, INC.

8  WILLIAM A. MUNOZ (State Bar No. 191649)
   WMunoz@MPBF.com
9  HEATHER A. BARNES (State Bar No. 263107)
   HBarnes@MPBF.com
10 MURPHY, PEARSON, BRADLEY & FEENEY
   1375 Exposition Boulevard, Suite 250
11 Sacramento, CA  95815
   Telephone:  (916) 565-0300
12 Facsimile:  (916) 565-1636

13
   Attorneys for Plaintiffs
14 BILL FELAN, STEPHAN ZEMANSKY,
   JUAN MENDOZA, JR., ADAM SPEARS,
15 DYLAN SHEETS, VUE XIONG, and
   ERROL COLLINS
16

17                    UNITED STATES DISTRICT COURT
18                    EASTERN DISTRICT OF CALIFORNIA
19                           SACRAMENTO DIVISION
20

| | |
|---|---|
| 21 BILL FELAN, STEPHAN ZEMANSKY, JUAN MENDOZA, JR., ADAM SPEARS, DYLAN SHEETS, VUE XIONG, and ERROL COLLINS, collectively,<br><br>Plaintiffs,<br><br>v.<br><br>KCI USA, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:10-CV-02585-JAM-FCD<br><br>**STIPULATION AND ORDER STAYING CASE PENDING BINDING ARBITRATION WITH JAMS** |

///
///
///
///
///
///
///

Plaintiffs BILLY FELAN, STEPHAN ZEMANSKY, JUAN MENDOZA, JR., ADAM SPEARS, DYLAN SHEETS, VUE XIONG, and ERROL COLLINS (collectively "Plaintiffs") and defendant KCI USA, INC. ("KCI" or "Defendant") by and through their respective counsel hereby stipulate and agree as follows:

1.  Plaintiffs have demanded arbitration of this action pursuant to arbitration agreements entered into between each of the Plaintiffs and KCI. Each of the Plaintiffs agreed to the arbitration agreement attached hereto and incorporated herein by reference as Exhibit A ("the Arbitration Agreement"). The Arbitration Agreement applies to all of the claims asserted by Plaintiffs in their Complaint (see Exhibit A to Docket No. 3) and all of these claims are arbitrable pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, except for the request for injunctive relief appearing in Plaintiffs' Seventh Cause of Action for violation of Section 17200 of the California Business & Professions Code ("Request for Injunctive Relief").

2.  The parties stipulate and agree that within 14 days of the date the Court enters this Stipulation and Order or as otherwise ordered by the Court, KCI shall initiate, and bear those costs unique to binding arbitration with JAMS, pursuant to the Arbitration Agreement, to take place in Sacramento, California. Because Plaintiffs have asserted claims based upon, *inter alia*, alleged violations of California state wage and hour laws, the parties agree that the arbitrator shall apply the laws of the State of California in determining the substance of these claims. The parties further agree that the arbitrator shall be a person readily familiar with employment disputes involving wage and hour claims and currently licensed to practice law in the State of California.

PDF created with pdfFactory trial version www.pdffactory.com

With these specific clarifications, the parties agree to arbitrate their dispute as otherwise set forth in the Arbitration Agreement.

      3.      The parties agree that all further proceedings in the above-entitled matter, including the Request for Injunctive Relief, shall be stayed until an arbitration is had as provided in this Stipulated Order and the Arbitration Agreement.  Once the arbitrator's award is final, any party may apply to the Court as provided in the Arbitration Agreement and pursuant to the Federal Arbitration Act, to confirm, correct, modify and/or vacate the arbitrator's award.  At that time, the stay provided in Paragraph 3 above shall be lifted so that further proceedings may be had regarding the Request for Injunctive Relief.

Dated:  November 19, 2010        KING & SPALDING LLP

By:    /s/ Cheryl A. Sabnis /s/   
      Cheryl A. Sabnis

      Attorneys for Defendant
      KCI USA, INC.

Dated:  November 19, 2010        MURPHY, PEARSON, BRADLEY & FEENEY

By:    /s/ William A. Munoz /s/   
      William A. Munoz
      Heather A. Barnes

      Attorneys for Plaintiffs

I hereby certify that William A. Munoz has concurs in the e-filing of this document.

    /s/ Cheryl A. Sabnis /s/   
Cheryl A. Sabnis

PURSUANT TO STIPULATION IT THE COURT HEREBY ORDERS that, within 14 days of the date the Court enters this Stipulation and Order, KCI shall initiate and bear those costs unique to binding arbitration with JAMS to take place in Sacramento, California, pursuant to the Arbitration Agreement and as provided in the above stipulation.  This above-captioned matter is

PDF created with pdfFactory trial version www.pdffactory.com

1 hereby stayed pending the arbitration of this matter.  Once the arbitrator's award is final, any party
2 may apply to the Court as provided in the Arbitration Agreement and pursuant to the Federal
3 Arbitration Act, to confirm, correct, modify and/or vacate the arbitrator's award.  At that time, the
4 stay shall be lifted so that further proceedings may be had regarding the Request for Injunctive
5 Relief.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED:  11/22/2010**

/s/ John A. Mendez
Hon. John A. Mendez
Judge, District Court

PDF created with pdfFactory trial version www.pdffactory.com